The People of the State of Illinois, defendant in error, v. H. Clifton Johnson, plaintiff in error. Gen. No. 24,054.

Prosecution for contributing to the delinquency of a child. Error to the Municipal Court of Chicago; the Hon. John Stelk, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919.

Albert H. Fry, for plaintiff in error. Maclay Hoyne and Edward
E. Wilson, for defendant in error.
Mr. Justice Barnes delivered the opinion of the court.